tion of *Mr. Robert N. Golding,* in behalf of *Mr. Willis D. Nance* and *Mr. Joseph B. Fleming,* for the petitioner. No appearance for the United States.

## CASES DISPOSED OF DURING VACATION.

No. 123. UNITED STATES *v.* DAVID R. J. ARNOLD, ADMR. July 5, 1927. Dismissed pursuant to the 32d rule. *Solicitor General Mitchell, Assistant Attorney General Galloway* and *Mr. Fred K. Dyar* for the United States. *Mr. T. Ludlow Chrystie* for respondent.

No. 118. FRANK K. BOWERS, COLLECTOR, *v.* WALTER E. FREW ET AL., EXECUTORS. July 13, 1927. Dismissed pursuant to the 32d rule. *Solicitor General Mitchell* for petitioner. *Messrs. Abram J. Rose, Alfred C. Petté* and *Philip M. Brett* for respondents.

No. 453. HENRY E. HOLMES ET AL *v.* RAILROAD COMMISSION OF CALIFORNIA ET AL. August 17, 1927. Docketed and dismissed under Rule 10 by *Messrs. Carl I. Wheat* and *Walker H. Robinson* for defendants in error. *Mr. Max Thelen* for plaintiffs in error.

No. 322. BRANDES PRODUCTS CORPORATION *v.* LEKTOPHONE CORPORATION. September 4, 1927. Dismissed pursuant to the 32d Rule. *Messrs. Livingston Gifford, George F. Scull* and *John Boyle, Jr.,* for petitioner. No appearance for respondent.